UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  LOUIS ALBERT CARRILLO,  Defendant. | Case No.: 19CR5032-JLS  **ORDER CONTINUING MOTION HEARING** |
|---|---|

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing presently scheduled for April 9, 2021 shall be continued to **May 14, 2021** at **1:30 p.m.** Defendant shall file an acknowledgement of the new hearing date by April 23, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

Dated: April 1, 2021

Hon. Janis L. Sammartino
United States District Judge

19CR5032-JLS