UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>LOUIS CARRILLO,<br><br>                              Defendant. | Case No.: 19-CR-5032-JLS<br><br>**ORDER CONTINUING MOTION HEARING** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing currently scheduled for October 7, 2021 at 9:00 a.m., in the above entitled case, be continued to October 28, 2021 at 9:00 a.m.

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act, Title 18 U.S.C. §3161(7)(A) and (B)(I), in furtherance of the ends of justice and to prevent a miscarriage of justice, due to the unavailability of counsel and the need to adequately prepare for the evidentiary hearing.

**IT IS SO ORDERED.**

Dated: October 5, 2021

Hon. Janis L. Sammartino
United States District Judge