UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>LOUIS ALBERT CARRILLO,<br><br>                                    Defendant. | Case No.: 19-CR-5032-JLS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the motion hearing currently scheduled for January 20, 2022 at 10:00 a.m., in the above entitled case, be continued to February 28, 2022 at 3:00 p.m.

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act, Title 18 U.S.C. §3161(7)(A) and (B)(i), in furtherance of the ends of justice and to prevent a miscarriage of justice, due to the need for additional investigation, pending motions and the ongoing Pandemic.

**IT IS SO ORDERED.**

Dated: January 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge