# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-5032-JLS |
| Plaintiff, | |
| v. | **ORDER AND JUDGEMENT** |
| Luis Albert CARRILLO, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion to Dismiss Information with prejudice. For the reasons stated in the government's motion and good cause appearing,

IT IS HEREBY ORDERED that the Information in this case be dismissed **with prejudice**.

IT IS FURTHER ORDERED that the Status Hearing set for February 23, 2023 at 2:00 p.m. be vacated.

**IT IS SO ORDERED.**

Dated: February 17, 2023

Hon. Andrew G. Schopler
United States Magistrate Judge